UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-852-RJC

| | |
|---|---|
| OLD REPUBLIC NATIONAL ) <br> TITLE INSURANCE COMPANY ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DAOSHAN SUN, ) <br> ) <br>       Defendant. ) <br> _____ ) | **ORDER** |

**THIS ACTION** was commenced on December 27, 2012 when Plaintiff filed a complaint seeking rescission and declaratory relief arising out of claims related to a title insurance policy issued by Plaintiff for the benefit of Defendant. The parties have agreed to resolve all claims in this action as set forth in a Memorandum of Settlement executed on April 24, 2013.

**THEREFORE**, with the consent of the parties, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Policy is hereby rescinded *ab initio* (as if never issued).

2. This action is **dismissed WITH PREJUDICE**, and each party hereto released the other as to all claims and counterclaims that were brought or could have been brought in this Civil Action, including any claims related to premium payments.

3. Each party shall bear its own costs, expenses and attorney's fees.

Signed: June 10, 2013

Robert J. Conrad, Jr.
United States District Judge